# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2009

137539

CRYSTAL LAKE PROPERTY
RIGHTS ASSOCIATION,
        Plaintiff-Appellee,

v

BENZIE COUNTY,

        Defendant-Appellee,

and

DEPARTMENT OF NATURAL RESOURCES,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137539
COA: 272587
Benzie CC: 04-007095-CE

On order of the Court, the application for leave to appeal the September 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2009

        Clerk

p0324